## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:14-cv21244-GOODMAN

JASZMANN ESPINOSA,
SELETA STANTON,
TIFFANY THOMPSON,
JANICE BAILEY, and all
persons similarly situated,

      Plaintiffs,                                      CLASS ACTION

v.

GALARDI SOUTH ENTERPRISES, INC.,
GALARDI SOUTH ENTERPRISES
CONSULTING, INC.,
FLY LOW, INC., d/b/a KING OF
DIAMONDS,
TERI GALARDI, MICHAEL KAPP, and
DENNIS WILLIAMS,

      Defendants.
_____/

## DEFENDANT'S NOTICE OF FILING MOTION TO
## TRANSFER AND CONSOLIDATE CIVIL ACTIONS

Defendant, FLY LOW, INC., ("Fly Low") by and through undersigned counsel, hereby

files this Notice of Filing Motion to Transfer and Consolidate Civil Actions (with the Motion

attached hereto as **Exhibit "A"**).

Respectfully Submitted,


 **/s/ Daniel W. Matlow**
Daniel W. Matlow, Esq. (Fla. Bar No. 384666)
E-mail:  dmatlow@danmatlow.com
DANIEL W. MATLOW, P.A.
4600 Sheridan Street
Suite 300
Hollywood, Florida 33021
Telephone:  (954) 842-2365
Facsimile:  (954) 337-3101

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on this 8th day of July 2014 on all counsel of record on the Service List below.

/s/ **Dean R. Fuchs**
Dean R. Fuchs, Esq.
Georgia Bar No. 279170
(Admitted Pro Hac Vice)
E-mail:  drf@swtlaw.com
Schulten Ward & Turner, LLP
260 Peachtree Street, NW,Suite 2700
Atlanta, GA 30303
Telephone:  (404) 688-6800
Facsimile:   (404) 688-6840
Attorney for Defendants Fly Low,
Inc., Galardi South Enterprises, Inc.
and Galardi South Enterprises
Consulting, Inc.

/s/ **Daniel W. Matlow**
Daniel W. Matlow, Esq.
Florida Bar No. 384666
E-mail:  dmatlow@danmatlow.com
Daniel W. Matlow, P.A.
Wells Fargo Building
4600 Sheridan Street, Ste. 300
Hollywood, FL 33021
Telephone:  (954) 842-2365
Facsimile:   (954) 337-3101
Local Counsel for Defendants Fly
Low, Inc., Galardi South Enterprises,
Inc. and Galardi South Enterprises
Consulting, Inc.

## <u>SERVICE LIST</u>

Harlan S. Miller, Esq.
Parks, Chesin & Walbert, P.C.
75 14th Street
26th Floor
Atlanta, GA 30309
E-mail:      hmiller@pcwlawfirm.com
Phone:     (404) 873-8000
Facsimile:  (404) 873-8050
Attorney for Plaintiffs

Dana M. Gallup, Esq.
Law Offices of Dana M. Gallup
4000 Hollywood Blvd.
Suite 265 South
Hollywood, FL 33021
E-mail:      dgallup@gallup-law.com
Telephone: (954) 894-3035
Facsimile:   (954) 894-8015
Attorney for Plaintiffs