UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21244-CIV-GOODMAN

[CONSENT CASE]

JASZMANN ESPINOZA, et al.,

    Plaintiffs,

v.

GALARDI SOUTH
ENTERPRISES, INC., et al.,

    Defendants.
_____/

**POST TELEPHONIC STATUS CONFERENCE ORDER**

This Cause is before the Court concerning matters that were discussed at the Telephonic Status Conference (the "Hearing") [ECF No. 146] held on February 5, 2015 on issues regarding new defendants, service and consent to magistrate jurisdiction arising from the filing of the Second Amended Complaint [ECF No. 140]. For the reasons stated in open court, it is **ORDERED and ADJUDGED** as follows:

    1.    Plaintiffs shall, by February 27, 2015, perfect service on *all* new defendants named in the Second Amended Complaint [ECF No. 140]. Then, by March 13, 2015, Plaintiffs shall decide -- and notify the Court -- which defendants, if any, they will be dropping from the lawsuit because of the issue of successor liability.

    2.    Per the parties' joint *ore tenus* request at the Hearing, the Undersigned **GRANTS** a 21 day extension of the opt-in period because of the new list of potential

claimants that Defendants recently turned over to Plaintiffs' counsel. As such, Plaintiffs are permitted to alter the Notice of Collective Action Lawsuit accordingly by 21 days as well.

**DONE and ORDERED**, in Chambers, in Miami, Florida, February 5, 2015.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record
Clerk of the Court