**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:14-CV-21244-GOODMAN**

JASZMANN ESPINOSA,
SELETA STANTON,
TIFFANY THOMPSON,
DOUGANNA BALLARD,
JANICE BAILEY, and all
persons similarly situated,

      Plaintiffs,                                         **CONSENT CASE**

v.

GALARDI SOUTH ENTERPRISES, INC.;
GALARDI SOUTH ENTERPRISES
CONSULTING, INC.; FLY LOW, INC.;
TERI GALARDI, AS TRUSTEE OF
THE JEG FAMILY TRUST u/a/d
11/1/06, MBJG INVESTMENT CORP.; LVA
MANAGEMENT & CONSULTING, INC.;
JACK E. GALARDI, LLC; TERI GALARDI,
INDIVIDUALLY; NITTY N' AK CORP.;
AKINYELE ADAMS, INDIVIDUALLY;
AK 'N ELI, LLC; KODRENYC, LLC;
and AQFC, LLC;

      Defendants.
_____/

**DEFENDANT, JACK E. GALARDI, LLC'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS'**
**SUBSTITUTED SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

      Defendant, JACK E. GALARDI, LLC ("Galardi, LLC"), by and through undersigned

counsel, files its Answer and Affirmative Defenses to Plaintiffs' Substituted Second Amended

and Supplemental Complaint, and states:

## JURISDICTION AND VENUE

1.      Galardi, LLC admits the allegations in Paragraph 1 of the Substituted Second Amended and Supplemental Complaint.

2.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the allegations in Paragraph 2 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

3.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the allegations in Paragraph 3 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

4.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the allegations in Paragraph 4 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

5.      Galardi, LLC admits that venue is proper in this judicial district as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations in Paragraph 5 of the Substituted Second Amended and Supplemental Complaint.

## PARTIES AND SERVICE

6.      Galardi, LLC denies it was Plaintiffs' employer with the meaning of the FLSA.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 6 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

7.      Galardi, LLC admits only that prior to his death, Jack E. Galardi was the sole Trustee of the JEG Family Trust.  Galardi, LLC lacks information or knowledge sufficient to form a

belief as to the truthfulness of the remaining allegations in Paragraph 7 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

8.      Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 8 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

9.      Galardi, LLC denies the allegations in Paragraph 9 of the Substituted Second Amended and Supplemental Complain as to it.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 9 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

10.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

11.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

12.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

13.      Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

14.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

15.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

16.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

17.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

18.    Galardi, LLC admits only that it is a Florida limited liability company.  Galardi, LLC denies the remaining allegations in Paragraph 18 of the Substituted Second Amended and Supplemental Complaint.

19.    Galardi, LLC admits only that its registered agent is Patricia Burnside, 2455 Hollywood Boulevard, Suite 311, Hollywood, Florida 30020, and believes it is owned by the JEG Family Trust.  Galardi, LLC denies the remaining allegations in Paragraph 19 of the Substituted Second Amended and Supplemental Complaint.

20.    Galardi, LLC denies that it owns, directs, controls, or manages the operations at King of Diamonds.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 20 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

21.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

22.     Galardi, LLC admits only that Teri Galardi is a natural person, and that she frequently does business in the State of Florida.  Galardi, LLC denies all remaining allegations in Paragraph 22 of the Substituted Second Amended and Supplemental Complaint.

23.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

24.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

25.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

26.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

27.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

28.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

29.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

30.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

31.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

32.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## CONDITIONS PRECEDENT

33.     Galardi, LLC denies the allegations in Paragraph 33 of the Substituted Second Amended and Supplemental Complaint.

## FACTUAL ALLEGATIONS: INTERRELATIONSHIPS BETWEEN GALARDI-AFFILIATED ENTITIES/PERSONS

34.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

35.     Galardi, LLC admits only that until his death, Jack E. Galardi was its chief executive/president.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 35 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

36.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

37.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

38.     Galardi, LLC admits only that since the death of Jack E. Galardi, Teri Galardi has been the sole Trustee of the JEG Family Trust and chief executive/president of Galardi, LLC. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 38 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

39.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

40.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

41.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

42.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

43.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

44.  Galardi, LLC denies the allegations in Paragraph 44 of the Substituted Second Amended and Supplemental Complaint.

45.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

46.  Galardi, LLC denies the allegations in Paragraph 46 of the Substituted Second Amended and Supplemental Complaint.

47.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

48.  Galardi, LLC denies the allegations in Paragraph 48 of the Substituted Second Amended and Supplemental Complaint.

49. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

50. Galardi, LLC admits the allegations in Paragraph 50 of the Substituted Second Amended and Supplemental Complaint.

51. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

52. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

53 Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

**FACTUAL ALLEGATIONS – "JOINT ENTERPRISE"**
**GALARDI-AFFILIATED ENTITIES PRIOR TO KOD SALE**

54. Galardi, LLC denies the allegations in Paragraph 54 of the Substituted Second Amended and Supplemental Complaint.

55. Galardi, LLC denies the allegations in Paragraph 55 of the Substituted Second Amended and Supplemental Complaint.

**FACTUAL ALLEGATIONS: PRIOR TO THE JULY KOD SALE,**
**KOD ENTERTAINERS WERE EMPLOYEES,**
**NOT INDEPENDENT CONTRACTORS**

56. Galardi, LLC admits only that because Plaintiffs never worked for Galardi, LLC, that Galardi, LLC did not (nor was Galardi, LLC required to) pay them wages nor did

Galardi, LLC willfully mischaracterize or misclassify the entertainers at King of Diamonds. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 56 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

57. Galardi, LLC denies the allegations in Paragraph 57 of the Substituted Second Amended and Supplemental Complaint.

58. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

59. Galardi, LLC denies that it had any involvement with entertainers as alleged. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 59 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

60. Galardi, LLC denies the allegations in Paragraph 60 of the Substituted Second Amended and Supplemental Complaint as to it. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 60 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

61. Galardi, LLC denies the allegations in Paragraph 61 of the Substituted Second Amended and Supplemental Complaint as to it. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 61 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

62.     Galardi, LLC denies the allegations in Paragraph 62 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 62 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

63.     Galardi, LLC denies that it prohibited Plaintiffs from choosing songs that were played while Plaintiffs danced.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

64.     Galardi, LLC denies the allegations in Paragraph 64 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 64 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

65.     Galardi, LLC denies it required Plaintiffs to spend time in private rooms with customers and denies it set the price paid for time in a private room at King of Diamonds.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 65 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

66.     Galardi, LLC denies it required Plaintiffs to show up for work at a specified time and that it required Plaintiffs to make up a schedule in advance.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations

in Paragraph 66 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

67.     Galardi, LLC denies it regulated entertainers' attire and interactions with customers. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 67 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

68.     Galardi, LLC denies it required entertainers to attend meetings at King of Diamonds. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 68 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

69.     Galardi, LLC denies it required entertainers to pay a shift fee each night they worked. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 69 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

70.     Galardi, LLC denies that it required entertainers to pay a ten percent fee to King of Diamonds during their shifts.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 70 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

71.     Galardi, LLC denies it required entertainers at King of Diamonds to pay the DJ a monetary fee each night they worked.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph

71 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

72.     Galardi, LLC denies the allegations in Paragraph 72 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 72 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

73.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

74.     The allegation in Paragraph 74 of Plaintiffs' Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion rather than facts, and therefore does not require a response admitting or denying it.  To the extent a response to the allegation in Paragraph 74 is required, it is denied.

75.     Galardi, LLC denies it has financed all advertising and marketing efforts of King of Diamonds.  Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph 75 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

76.     Galardi, LLC denies it has made capital investments in the facilities, maintenance, sound system, lights, food, beverage, and inventory of King of Diamonds.  Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph 76 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

77.     Galardi, LLC denies making all hiring decisions at King of Diamonds regarding its
waitstaff, security, entertainers (sic), managerial and all other employees.  Galardi, LLC
lacks information or knowledge sufficient to form a belief as to the truthfulness of all
remaining allegations in Paragraph 77 of the Substituted Second Amended and
Supplemental Complaint, which has the effect of a denial

78.     Galardi, LLC denies that it required entertainers to pay it anything.  Galardi, LLC lacks
knowledge or information sufficient to form a belief as to the truthfulness of the
remaining allegations in Paragraph 78 of the Substituted Second Amended and
Supplemental Complaint, which has the effect of a denial.

79.     Galardi, LLC admits only that it is a for-profit corporation.  Galardi, LLC lacks
information or knowledge sufficient to form a belief as to the truthfulness of all
remaining allegations in Paragraph 79 of the Substituted Second Amended and
Supplemental Complaint, which has the effect of a denial.

80.     Galardi, LLC denies prohibiting the entertainers from doing anything, denies hiring
entertainers and denies that it operates clubs.  Galardi, LLC lacks information or
knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in
Paragraph 80 of the Substituted Second Amended and Supplemental Complaint, which
has the effect of a denial.

81.     Galardi, LLC denies the allegation in Paragraph 81 of the Substituted Second Amended
and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information
sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph
81 of the Substituted Second Amended and Supplemental Complaint, which has the
effect of a denial.

82.     Galardi, LLC admits only that because Plaintiffs never worked for Galardi, LLC, that Galardi, LLC did not (nor was Galardi, LLC required to) pay them wages.  Galardi, LLC denies that Plaintiffs paid it for the privilege of working.  Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph 82 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

83.     Galardi, LLC denies that it received money from Plaintiffs, that it required Plaintiffs to pay it any money, and further denies that it employed Plaintiffs.  Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph 83 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

84.     Galardi, LLC admits only that because Plaintiffs were not Galardi, LLC's employees, it had no legal obligation to pay Plaintiffs one-and-a half time their regular rate of pay. Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph 84 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

85.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

86.     Galardi, LLC admits only that it had no legal obligation to maintain records of the number of hours worked by Plaintiffs.  Galardi, LLC lacks information or knowledge sufficient to form a belief as to the truthfulness of all remaining allegations in Paragraph

86 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## FACTUAL ALLEGATIONS: RETALIATION

87.    Galardi, LLC denies the allegations in Paragraph 87 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 87 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

88.    Galardi, LLC denies the allegations in Paragraph 88 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 88 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

89.    The allegations in Paragraph 89 of Plaintiffs' Substituted Second Amended and Supplemental Complaint set forth a legal conclusion rather than facts, and therefore does not require a response admitting or denying it.  To the extent a response to the allegation in Paragraph 89 is required, it is denied.

## FACTUAL ALLEGATIONS: THE JULY 2014 KOD SALE

90.    Galardi, LLC denies the allegations in Paragraph 90 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 90 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

91.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

92.     Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

93.     Galardi, LLC denies the allegations in Paragraph 93 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 93 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

94.     Galardi, LLC denies it communicated with the purchasers of King of Diamonds.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 94 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

95.     Galardi, LLC denies that it provided documentation, written or otherwise, to the purchasers of King of Diamonds of any kind.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 95 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

96.     Galardi, LLC denies the allegations in Paragraph 96 of the Substituted Second Amended and Supplemental Complaint as to it.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph

96 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

97.  Galardi, LLC denies that it provided any documentation to the purchasers of King of Diamonds.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

98.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

99.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

100.  Galardi, LLC denies that it signed documents in the course of the purchase-sale transaction of King of Diamonds.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 100 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

101.  Galardi, LLC denies the allegations in Paragraph 101 of the Substituted Second Amended and Supplemental Complaint.

102.  Galardi, LLC denies being involved in the sale of King of Diamonds and therefore denies the allegations in Paragraph 102 of the Substituted Second Amended and Supplemental Complaint.

### FACTUAL ALLEGATIONS:  EVENTS SUBSEQUENT
### TO THE JULY 2014 KOD SALE

103.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

104.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Substituted Second Amended and Supplemental Complaint (including sub-paragraphs (a)-(c)), which has the effect of a denial.

105.   Galardi, LLC denies being involved in the sale of KOD.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 105 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

106.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

### FACTUAL ALLEGATIONS – AQFC/AK'N ELI, KORDRENYC
### "JOINT ENTERPRISE" AFTER KOD SALE

107.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Substituted Second Amended and Supplemental Complaint (including sub-paragraphs (a)-(c)), which has the effect of a denial.

### COLLECTIVE ACTION ALLEGATIONS – 29 U.S.C. § 216(b)

108.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

109.   Galardi, LLC denies that it established any work rules as alleged in Paragraph 109. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 109 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

110.   Galardi, LLC denies it controlled, directed, supervised, promoted, employed, or took any other action related to Plaintiffs.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 110 of the Substituted Second Amended and Supplemental Complaint, which has the effect of denial.

111.   Galardi, LLC denies it subjected Plaintiffs to any policies.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 111 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

112.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

113.   Galardi, LLC denies it mischaracterized Plaintiffs.  Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 113 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

114.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

115.   The allegation contained in Paragraph 115 of Plaintiffs' Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion rather than facts, and therefore does not require a response admitting or denying it.  To the extent a response to the allegation in Paragraph 115 is required, it is denied.

116.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## RULE 23 CLASS ACTION ALLEGATIONS

117.   Galardi, LLC admits only that Plaintiffs appear to want to seek class certification of its dancers.   Galardi, LLC denies all remaining allegations in Paragraph 117 of the Substituted Second Amended and Supplemental Complaint.

118.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

119.   The allegations contained in Paragraph 119 of the Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion that than facts, and therefore does not require a response admitting or denying it.  To the extent that a response to the allegation in Paragraph 119 is required, it is denied.

120.   The allegations contained in Paragraph 120 of the Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion that than facts, and therefore does not require a response admitting or denying it.  To the extent that a response to the allegation in Paragraph 120 is required, it is denied.

121.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

122.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

123.    Galardi, LLC denies the allegations in Paragraph 123 of the Substituted Second Amended and Supplemental Complaint.

124.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

125.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

126.    The allegations contained in Paragraph 126 of the Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion that than facts, and therefore does not require a response admitting or denying it.   To the extent that a response to the allegation in Paragraph 126 is required, it is denied.

127.    Responding to the allegations in Paragraph 127 of the Substituted Second Amended and Supplemental Complaint (including sub-paragraphs (a)-(f)), Galardi, LLC denies Plaintiffs are entitled to any relief.

128.    Galardi, LLC denies all allegations in Paragraph 128 of Substituted Second Amended and Supplemental Complaint.

**COUNT I**
**DECLARATORY JUDGMENT**

129.    Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-128 of its

Answer to the Substituted Second Amended and Supplemental Complaint, as if fully set

forth herein.

130.    Paragraph 130 of the Substituted Second Amended and Supplemental Complaint makes

no allegation against Galardi, LLC, with the result that no response is required.  To the

extent a response is required, the allegations in Paragraph 130 are denied.

131.    Galardi, LLC denies the allegations in Paragraph 131 of the Substituted Second Amended

and Supplemental Complaint.

132.    Galardi, LLC denies that Plaintiffs and any others similarly situated were its employees.

Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of

the remaining allegations in Paragraph 132 of the Substituted Second Amended and

Supplemental Complaint, which has the effect of a denial.

133.    Responding to the allegations in Paragraph 133 of the Substituted Second Amended and

Supplemental Complaint (including sub-paragraphs (a)-(c) and (4)), Galardi, LLC denies

Plaintiffs are entitled to any relief.

**COUNT II**
**FLSA MINIMUM WAGE CLAIMS**
**(Violations of 29 U.S.C. § 206)**

134.    Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-133 of its

Answer to the Substituted Second Amended and Supplemental Complaint, as if fully set

forth herein.

135.    Galardi, LLC denies it was Plaintiffs' employer within the meaning of the FLSA.

Galardi, LLC lacks knowledge or information sufficient to form a belief as to the

truthfulness of the remaining allegations in Paragraph 135 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

136. The allegations contained in Paragraph 136 of the Substituted Second Amended and Supplemental Complaint sets forth a legal conclusion that than facts, and therefore does not require a response admitting or denying it. To the extent that a response to the allegation in Paragraph 136 is required, it is denied.

137. Galardi, LLC denies that it is engaged in commerce within the meaning of the FLSA and that it has annual gross revenue of not less than $500,000. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 137 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

138. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

139. Galardi, LLC denies the allegations in Paragraph 139 of the Substituted Second Amended and Supplemental Complaint.

140. Galardi, LLC admits only it never employed Plaintiffs and therefore had no obligations to pay Plaintiffs the minimum wage. Galardi, LLC denies the remaining allegations in Paragraph 140 of the Substituted Second Amended and Supplemental Complaint.

141. Galardi, LLC denies the allegations in Paragraph 141 of the Substituted Second Amended and Supplemental Complaint.

142.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

143.   Galardi, LLC denies the allegations in Paragraph 143 of the Substituted Second Amended and Supplemental Complaint.

144.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

**COUNT III**
**ARTICLE 10, SECTION 24 OF THE FLORIDA CONSTITUTION**

145.   Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-144 of its Answer to the Substituted Second Amended and Supplemental Complaint, as if fully set forth herein.

146.   Galardi, LLC denies the allegations in Paragraph 146 of the Substituted Second Amended and Supplemental Complaint.

147.   Galardi, LLC denies the allegations in Paragraph 147 of the Substituted Second Amended and Supplemental Complaint.

148.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## COUNT IV
## <u>FLORIDA MINIMUM WAGE ACT (FMWA) MINIMUM WAGE CLAIMS</u>

149.   Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-148 of its Answer to the Substituted Second Amended and Supplemental Complaint, as if fully set forth herein.

150.   Galardi, LLC denies the allegations in Paragraph 150 of the Substituted Second Amended and Supplemental Complaint.   Galardi, LLC shows that Plaintiffs' pre-suit notice pursuant to the Florida Minimum Wage Act was defective.

151.   Galardi, LLC denies the allegations in Paragraph 151 of the Substituted Second Amended and Supplemental Complaint.

152.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## COUNT V
## <u>OVERTIME CLAIMS (Violation of 29 U.S.C. § 207)</u>

153.   Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-152 of its Answer to the Substituted Second Amended and Supplemental Complaint.

154.   Galardi, LLC denies the allegations in Paragraph 154 of the Substituted Second Amended and Supplemental Complaint.

155.   Galardi, LLC denies the allegations in Paragraph 155 of the Substituted Second Amended and Supplemental Complaint.

156.   Galardi, LLC denies the allegations in Paragraph 156 of the Substituted Second Amended and Supplemental Complaint.

157.   Galardi, LLC admits only that because it never employed Plaintiffs it had no legal obligations to pay Plaintiffs one-and-a half times their regular rate of pay for hours worked over 40 hours in any given workweek.   Galardi, LLC denies the remaining allegations in Paragraph 157 of the Substituted Second Amended and Supplemental Complaint.

158.   Galardi, LLC denies the allegations in Paragraph 158 of the Substituted Second Amended and Supplemental Complaint.

159.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

### COUNT VI – FLSA RETALIATION

160.   Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-159 of its Answer to the Substituted Second Amended and Supplemental Complaint.

161.   Galardi, LLC denies it ever employed or terminated Plaintiffs' employment.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 161 of the Substituted Second Amended and Supplemental Complaint.

162.   Galardi, LLC denies it ever employed or terminated Plaintiffs' employment.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 162 of the Substituted Second Amended and Supplemental Complaint.

163.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 163 of the Substituted Second Amended and Supplemental

Complaint, which has the effect of a denial.

## COUNT VII:  RETALIATION: ARTICLE X, SECTION 24(D)
## OF THE FLORIDA CONSTITUTION

164.    Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-163 of its

Answer to the Substituted Second Amended and Supplemental Complaint.

165.    Galardi, LLC denies it employed Plaintiffs' or terminated Plaintiffs' employment.

Galardi, LLC lacks knowledge or information sufficient to form a belief as to the

truthfulness of the remaining allegations in Paragraph 165 of the Substituted Second

Amended and Supplemental Complaint.

166.    Galardi, LLC denies it employed Plaintiffs' or terminated Plaintiffs' employment.

Galardi, LLC lacks knowledge or information sufficient to form a belief as to the

truthfulness of the remaining allegations in Paragraph 166 of the Substituted Second

Amended and Supplemental Complaint.

167.    Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of

the allegations in Paragraph 167 of the Substituted Second Amended and Supplemental

Complaint, which has the effect of a denial.

## COUNT VIII: RETALIATION: FL STATE. SEC. 448.110(5)

168.    Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-167 of its

Answer to the Substituted Second Amended and Supplemental Complaint.

169.    Galardi, LLC denies it employed or terminated Plaintiffs' employment.  Galardi, LLC

lacks knowledge or information sufficient to form a belief as to the truthfulness of the

remaining allegations in Paragraph 169 of the Substituted Second Amended and Supplemental Complaint.

170. Galardi, LLC denies it terminated Plaintiffs' employment.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truthfulness of the remaining allegations in Paragraph 170 of the Substituted Second Amended and Supplemental Complaint.

171. Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

## COUNT IX:  FRAUDULENT TRANSFER

172. Galardi, LLC repeats and realleges the responses contained in Paragraphs 1-171 of its Answer to the Substituted Second Amended and Supplemental Complaint.

173. Paragraph 173 of the Substituted Second Amended and Supplemental Complaint makes no allegation against Galardi, LLC, with the result that no response is required.  To the extent a response is required, the allegations of Paragraph 173 are denied.

174. Galardi, LLC denies the allegations in Paragraph 174 of the Substituted Second Amended and Supplemental Complaint and denies that Plaintiffs are entitled to the relief sought.

175. Galardi, LLC denies the allegations in Paragraph 175 of the Substituted Second Amended and Supplemental Complaint.

176. Galardi, LLC denies the allegations in Paragraph 176 of the Substituted Second Amended and Supplemental Complaint.

177.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

178.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

179.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

180.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

181.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

182.   Galardi, LLC lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182 of the Substituted Second Amended and Supplemental Complaint, which has the effect of a denial.

183.   Galardi, LLC denies the allegations in Paragraph 183 of the Substituted Second Amended and Supplemental Complaint.

## DEMAND FOR JURY TRIAL

184.   Galardi, LLC demands a jury trial on all jury issues.

185.   Galardi, LLC denies all allegations in the Paragraph beginning "Wherefore," and deny Plaintiffs are entitled to any relief in their Substituted Second Amended and Supplemental Complaint.

186.   Galardi, LLC denies all allegations in the Substituted Second Amended and Supplemental Complaint not expressly admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Substituted Second Amended and Supplemental Complaint fails to state a claim for which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by binding arbitration agreements.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' state law claims under the Florida Minimum Wage Act are barred, in whole or in part, by their failure to satisfy certain statutory prerequisites (i.e. Plaintiffs' pre-suit notices were defective) prior to filing this civil action.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs cannot establish that any act or omission on the part of this Defendant was willful.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs were never employed by Galardi, LLC, and it was never their employer.

SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' collective/class action claims are barred to the extent they seek to assert or recover on claims on behalf of individuals who are not similarly situated to themselves.

EIGHTH AFFIRMATIVE DEFENSE

At all relevant times, this Defendant acted in good faith reliance upon its interpretation of the Fair Labor Standards Act, its administrative regulations and the rulings of the Wage and Hour Administrator.

NINTH AFFIRMATIVE DEFENSE

At all relevant times, this Defendant complied with the applicable requirements of the Fair Labor Standards Act and the regulations promulgated thereunder.

TENTH AFFIRMATIVE DEFENSE

Any proven violation of the Fair Labor Standards Act against this Defendant was not the result of willful, deliberate, intentional acts, or the reckless disregard or indifference for the protections afforded by those Acts.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred or reduced to the extent Plaintiffs seek compensation for time which is *de minimis* and therefore not recoverable.

WHEREFORE, Defendant, JACK E. GALARDI, LLC demands entry of judgment in favor of Defendant and respectfully request that this Court deny Plaintiffs their requested relief, award Defendant its costs, and grant Defendant all other relief which the Court deems just and proper.

This 2nd day of March, 2015.

Respectfully submitted,


*/s/ Dean R. Fuchs*
Dean R. Fuchs
Georgia Bar No. 279170
drf@swtlaw.com

Schulten, Ward & Turner, LLP
260 Peachtree Street, NW
Suite 2700
Atlanta, GA  30303
(404) 688-6800 (Telephone)
(404) 688-6840 (Facsimile)

## <u>Certificate of Service</u>

      **I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF on this 2nd day of March, 2015 on all counsel of record on the Service List below.

<u>**/s/ Dean R. Fuchs**</u>
Dean R. Fuchs

## SERVICE LIST

Harlan S. Miller, Esq.
Parks, Chesin & Walbert, P.C.
75 14th Street
26th Floor
Atlanta, GA 30309
E-mail:      hmiller@pcwlawfirm.com
Phone:      (404) 873-8000
Facsimile:  (404) 873-8050
Attorney for Plaintiffs

Dana M. Gallup, Esq.
Law Offices of Dana M. Gallup
4000 Hollywood Blvd.
Suite 265 South
Hollywood, FL 33021
Telephone: (954) 894-3035
Facsimile:   (954) 894-8015
E-mail:      dgallup@gallup-law.com
Attorney for Plaintiffs