UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21244-CIV-GOODMAN
[CONSENT CASE]

JASZMANN ESPINOZA, et al.,

      Plaintiffs,

v.

GALARDI SOUTH ENTERPRISES,
INC., et al.,

      Defendants.
_____/

COURT EXHIBIT
CASE NO. 14-21244 Goodman
EXHIBIT NO. 18

## SPECIAL INTERROGATORIES TO THE JURY

Do you find from a preponderance of the evidence:

1. Do you find that Defendants Fly Low, Inc. and/or Teri Galardi were employers as defined by the Fair Labor Standards Act ("FLSA")?

    **Fly Low, Inc**          **Teri Galardi**

    ✓ Yes    ____No        ✓ Yes    ____No

If your answer is "No" for both Defendants, then this ends your deliberations, and your foreperson should sign and date the last page of this

verdict form. If your answer is "Yes" for one or both of Defendants, then go on to the next question.

2. **Do you find that Plaintiffs were employees of Defendants Fly Low, Inc. and/or Teri Galardi?**

**Fly Low, Inc**

✓ Yes ____No

**Teri Galardi**

✓ Yes ____No

If your answer is "No" as to both Defendants, then this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is yes as to one or both Defendants, then go on to the next question.

3. **Did Defendants know or show reckless disregard for whether the FLSA prohibited their conduct?**

**Fly Low, Inc**

✓ Yes ____No

**Teri Galardi**

✓ Yes ____No

4.  Did Defendants *fail to pay* Plaintiffs the minimum wage required by law?

| Plaintiffs | Yes | No |
|---|---|---|
| Shanice Bain | ✓ | ___ |
| Natonia Bell | ✓ | ___ |
| Janice Dennis | ✓ | ___ |
| Jaszmann Espinoza | ✓ | ___ |
| Ronika Jones | ✓ | ___ |
| Queen Lewis | ✓ | ___ |
| Stevontrae McDowell | ✓ | ___ |
| Kiara Scott | ✓ | ___ |
| Seleta Stanton | ✓ | ___ |

If you answered "No" to Question No. 4 as to all of Plaintiffs, then please proceed to Question No. 5.

If you answered "Yes" to Questions Nos. 3 and 4 (as to any Plaintiff), then please state the amount, if any, to award to each Plaintiff as minimum wage damages from **April 8, 20<u>11</u> until July 15, 2014.**

26

If you answered "No" to Question No. 3 and "Yes" to Question No. 4 (as to any Plaintiff), then please state the amount, if any, to award to each Plaintiff as minimum wage damages from **April 8, 2012** until **July 15, 2014**.

| Plaintiffs | Amount |
|---|---|
| Shanice Bain | $ 80,280 |
| Natonia Bell | $ 38,110 |
| Janice Dennis | $ 98,880 |
| Jaszmann Espinoza | $ 57,680 |
| Ronika Jones | $ 148,320 |
| Queen Lewis | $ 98,880 |
| Stevontrae McDowell | $ 114,910 |
| Kiara Scott | $ 17,510 |
| Seleta Stanton | $ 119,480 |

27

5. **Did Defendants *fail to pay* Plaintiffs overtime wages required by law?**

| Plaintiffs | Yes | No |
|---|---|---|
| Shanice Bain | ✓ | ___ |
| Natonia Bell | ✓ | ___ |
| Janice Dennis | ✓ | ___ |
| Jaszmann Espinoza | ✓ | ___ |
| Ronika Jones | ✓ | ___ |
| Queen Lewis | ✓ | ___ |
| Kiara Scott | ✓ | ___ |
| Seleta Stanton | ✓ | ___ |

If you answered "No" to Question No. 5 as to all of Plaintiffs, then please proceed to Question No. 6.

If you answered "Yes" to Question Nos. 3 and 5 (as to any Plaintiff), then please state the amount, if any, to award as overtime wages from **April 8, 2011** **until July 15, 2014.**

28

If you answered "No" to Question No. 3 and "Yes" to Question No. 5 (as to any Plaintiff), then please state the amount, if any, to award to each Plaintiff as to overtime wages from **April 8, 2012 until July 15, 2014**.

| Plaintiffs | Amount |
| --- | --- |
| Shanice Bain | $1,228.31 |
| Natonia Bell | $0 |
| Janice Dennis | $5,217.60 |
| Jaszmann Espinoza | $4,869.76 |
| Ronika Jones | $10,439 |
| Queen Lewis | $8,348.16 |
| Kiara Scott | $1,478.32 |
| Seleta Stanton | $12,609.20 |

6. Do you find that Defendants discharged Plaintiff Seleta Stanton?

**Yes** ✓        **No** ___

29

If you answered "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. Otherwise, proceed to Question No. 7.

7.  Do you find that Defendants discharged Plaintiff Stanton because *either:* a) she filed this lawsuit, or b) she refused to sign the arbitration agreement after this lawsuit was filed?



Yes    No

If you answered "no," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. Otherwise, please proceed to Question 8.

8.  Do you find that Plaintiff Stanton would NOT have been fired if she had not filed this lawsuit or if she had signed the arbitration agreement?



Yes    No

30

9.  If you answered "yes" as to Question "8," then please enter the amount you award as damages for the one-year period after her firing, the amount she would have earned had she not been fired, and subtracting the amount she in fact earned instead.

$ _75,000_

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _June 26, 2018_

31