UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-21244-CIV-GOODMAN
[CONSENT CASE]

JASZMANN ESPINOZA, et al.,

    Plaintiffs,

v.

FLY LOW, INC., et al.,

    Defendants.

_____/

**FINAL MONEY JUDGMENT**

Following a jury trial in this case, the jury returned a verdict in favor of all Plaintiffs who testified. [ECF No. 337]. The Court now enters judgment in favor of Plaintiffs and against Defendants, jointly and severally, in the following amounts:

| Plaintiff | Total |
|---|---|
| Shanice Bain | $163,016.62 |
| Netonia Bell | $76,220 |
| Janice Dennis | $208,195.20 |
| Jaszmann Espinoza | $125,099.52 |
| Ronika Jones | $317,510 |
| Queen Lewis | $214,456.32 |
| Steveontrae McDowell | $229,820 |
| Kiara Scott | $37,976.64 |
| Seleta Stanton | $414,178.40 |

Accordingly, it is hereby **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiffs and against Defendants in the amounts listed above FOR WHICH SUM LET EXECUTION ISSUE.

The Court retains jurisdiction of this matter for the purpose of confirming the outcomes of parallel arbitral proceedings involving former opt-in Plaintiffs in this action and for determination of fees and costs.

**DONE and ORDERED** in Chambers in Miami, Florida, on September 20, 2018.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**
All Counsel of Record