IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | | |
|---|---|---|
| JASZMANN ESPINOZA, et al., and all persons similarly situated | * * * | |
| | * | CIVIL ACTION FILE |
| Plaintiffs, | * * | NO. 1:14-cv-21244-GOODMAN |
| v. | * * * | CONSENT CASE |
| GALARDI SOUTH ENTERPRISES, Inc., et al. | * * * | |
| Defendants. | * | |

**PLAINTIFFS' MOTION FOR ORDER REQUIRING DEFENDANTS GALARDI AND FLY LOW TO COMPLETE AND SUBMIT FLA. R. CIV. P. FORM 1.977 AND BRIEF IN SUPPORT THEREOF**

Pursuant to the "Final Money Judgment" entered on September 20, 2018 [ECF 365] and Fed. R. Civ. P. 69 and Rule 1.560 of the Florida Rules of Civil Procedure, Plaintiffs hereby move the Court to Order Defendants Galardi and Fly Low to complete and submit Fla. R. Civ. P. Form 1.977. A true and accurate copy of said form is submitted herewith as **Exhibit "1'".**

"The Federal Rules of Civil Procedure provide that a judgment creditor 'may obtain discovery from any person—including the judgment debtor—as provided in these rules or by the procedure of the state where the court is located. Fed. R. Civ. P. 69(a)(2)." Trac Phone Wireless v. Hernandez, 196 F.Supp.3d 1289, 1394 (S.D. Fl. 2016) "Under Florida law, 'the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or other such reasonable time as determined by the court.'". Id. See also, PNC Bank v. Olasunkanmi, 2018 WL 4193681 (M.D. Fl.

2018). (same).

Fla. Rule Civ. P. 1.560(b) provides as follows:

> **Fact Information Sheet.** In addition to any other discovery available to a judgment creditor under this rule, the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court. Failure to obey the order may be considered contempt of court.

"Federal courts in Florida routinely order this type of relief." Hernandez, supra, 196 F.Supp.3d 1304. (citing cases).

Based on the foregoing authorities, Plaintiffs move the Court to enter an Order requiring Defendants to complete and serve Form 1.977. A proposed order is being submitted to chambers.

### Local Rule 7.1(a)(3) Certification

Pursuant to Local Rule 7.1(a)(3), the undersigned counsel for Plaintiffs certifies that on September 24, 2018, he notified opposing counsel of his intention to file this motion and identified the relief sought herein, and inquired as to whether opposing counsel consented to the requested relief. No response having been received, it is presumed that opposing Counsel does NOT consent to the requested relief.

Respectfully submitted this 25th day of September, 2018.

                                                         */s/ Harlan S. Miller*
                                                        Harlan S. Miller
                                                        Georgia Bar No. 506709

Miller Legal, P.C.
6868 Leslie Lane
Macon, Ga., 31204
ph: 404-931-6490
hmiller@millerlegalpc.com

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JASZMANN ESPINOZA, et al., <br> and all persons similarly situated <br> <br> Plaintiffs, <br> <br> v. <br> <br> <br> GALARDI SOUTH ENTERPRISES, <br> Inc., et al. <br> <br> Defendants. | * <br> * <br> * <br> *  CIVIL ACTION FILE <br> *  NO. 1:14-cv-21244-GOODMAN <br> * <br> *  CONSENT CASE <br> * <br> * <br> * <br> * <br> * <br> * |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed the within and foregoing Motion via the Court's CM-ECF system, which will automatically serve all counsel of record.

                                       */s/ Harlan S. Miller*
                                       Harlan S. Miller
                                       Georgia Bar No. 506709

This 25th  day of September , 2018.

                                       */s/ Harlan S. Miller*
                                       Harlan S. Miller
                                       Georgia Bar No. 506709