AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JASZMANN ESPINOZA ET AL | ) |
| v. | ) Case No.: 1:14-CV-21244-GOODMAN |
| FLY LOW, INC., ET AL | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  09/20/2018  against  Fly Low and Teri Galardi ,
                                                                 Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ............................................................... | $ 400.00 |
| Fees for service of summons and subpoena .......................................... | 190.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 7,077.96 |
| Fees and disbursements for printing ................................................ | |
| Fees for witnesses *(itemize on page two)* ............................................ | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. ........................................ | 3,487.50 |
| Docket fees under 28 U.S.C. 1923 .................................................. | |
| Costs as shown on Mandate of Court of Appeals ....................................... | |
| Compensation of court-appointed experts ............................................ | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ...... | |
| Other costs *(please itemize)* ....................................................... | |
| TOTAL | $ 11,155.46 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

✔ Electronic service          ☐ First class mail, postage prepaid

☐ Other:  _____

s/ Attorney:  /s/ Harlan S. Miller

Name of Attorney:  Harlan S. Miller

For:   Jaszmann Espinoza et al, Plaintiffs          Date:  10/15/2018
       *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____  and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                      *Deputy Clerk*                      *Date*

## BILL OF COSTS SPECIFICATION

1) **FEES OF THE CLERK**
   4/8/14 (filing fee)                                                                 **$400.00**

2) **FEES FOR SERVICE OF COMPLAINT AND SUMMONS**
   4/8/14 (Fly Low)                                                                    $90.00
   7/23/14 (Galardi)                                                                   $100.00
                                                                                       **$190.00**

3) **FEES FOR PRINTED TRANSCRIPTS**

   | Date | Deponent/Transcript | Cost |
   |---|---|---|
   | 6/20/14 | TRO Hearing | $446.31 |
   | 10/24/14 | Tiffany Thompson | $713.60 |
   | 3/24/15 | Dennis Williams | $1,113.15 |
   | 3/25/15 | Teri Galardi | $1,588.80 |
   | 6/8/15 | Shanice Bain | $435.20 |
   | 6/9/15 | Seleta Stanton | $269.50 |
   | 6/10/15 | Ronika Jones | $373.10 |
   | 10/21/15 | Bob Hilton | $275.00 |
   | 10/21/15 | Steve Ennis | $437.00 |
   | 10/22/15 | Akinyele Adams | $839.70 |
   | 11/18/15 | Stevontrae McDowell | $289.90 |
   | 11/18/15 | Jaszmann Espinoza | $296.70 |

   **$7077.96**

3) **Fees for costs of making copies[1]**

   **A   This Proceeding**

   | | | |
   |---|---|---|
   | 8/5/14 | Copies of digitized documents produced by Defendants 10,789 pages (Entertainer Files) | **$1,618.35** |
   | 8/27/14 | Copies of digitized documents produced by Defendants 525 pages (Check in sheets) | **$78.75** |
   | 8/27/14 | Copies of digitized documents produced by Defendants (Sale Related Documents Ordered by The Court)  99 pages | **$14.85** |
   | 10/17/14 | Copies of digitized documents produced by Defendants 1731 pages (Cash tickets, etc) | **$259.65** |

---

[1]Copies are charged at $.15 per copy. See, Procaps S.A. v Patheon, Inc, 2016 WL 411017 (S.D. Fl. 2016); Florida Pawnbrokers v. City of Fort Lauderdale, 711 F.Supp. 1084, 1086 (S.D. Fl. 1989)

|        |                                                                                                                                                    |            |
|--------|----------------------------------------------------------------------------------------------------------------------------------------------------|------------|
| 3/6/15 | Exhibits to Tiffany Thompson RTAs/Exhibits to Galardi Dep 608 pages x 2 copies = 1216 pages                                                         | **$182.40** |
| 1/15/18 | Copies of digitized documents produced by Defendants 1078 pages (Arbitration Agreements and Entertainer Files)                                    | **$161.70** |
| 6/8/18 | Trial Exhibits and related materials [Three sets of 49 Trial Exhibits placed in tabbed notebooks (435 pages); copies of 2 Galardi Depositions (167 pages); copy of one Ennis Deposition (76 pages)] | **$1,039.10** |

|                            |            |
|----------------------------|------------|
| **Total Copies this case:** | **$3354.80** |

**B**  **Clincy Materials**

| Date | Description | Pages | Amount |
|---|---|---|---|
| 7/31/09 | Clincy Complaint | 13 pp | $1.95 |
| 8/20/09 | TRO Motion | 47 pp | $7.05 |
| 8/20/09 | Appling Declaration | 13 pp | $1.95 |
| 8/20/09 | Clincy Declaration | 13 pp | $1.95 |
| 8/20/09 | Drake Declaration | 2 pp | $.30 |
| 8/20/09 | Exh A to Drake Dec | 16 pp (tape transcript) | $2.40 |
| 8/20/09 | Exh B to Drake Dec | 16 pp (tape transcript) | $2.40 |
| 8/20/09 | Jordan Declaration | 16 pp | $2.40 |
| 8/20/09 | Leaphart Declaration | 19 pp | $2.85 |
| 8/20/09 | Parker Declaration | 19 pp | $2.85 |
| 8/20/09 | Pough Declaration | 16 pp | $2.40 |
| 8/20/09 | Sales Declaration | 18 pp | $2.70 |
| 8/20/09 | Clincy Supp Declaration | 2 pp | $.30 |
| 8/20/09 | Wells Declaration | 18 pp | $2.70 |
| 8/20/09 | Certification Motion | 25 pp | $3.75 |
| 8/28/09 | Clincy Amended Comp | 26 pp | $3.90 |
| 9/2/09 | TRO Order | 9 pp | $1.35 |
| 9/19/09 | Answer to Amended Comp | 26 pp | $3.90 |
| 10/13/09 | Defs' Man Disclosures | 11pp | $1.65 |
| 11/17/09 | Def's Discovery Reponses | 53 pp | $7.95 |
| 2/3/10 | Williams Depo (Clincy) | 114 pages | $17.10 |
| 2/14/10 | Williams Depo (Clincy) | 19 pages | $2.85 |
| 3/12/10 | Certification Order | 17 pp | $2.55 |
| 10/14/10 | PL SJ Motion | 26 pp | $3.90 |
| 10/14/10 | Williams Declaration | 2 pp | $.30 |
| 10/14/10 | DFT SJ Motion | 26 pp | $3.90 |
| 9/7/11 | SJ Order | 57 pp | $8.55 |
| 5/8/12 | Settlement Motion | 25 pp | $3.75 |
| 5/8/12 | Settlement Agreement | 29 pp | $4.35 |
| 6/14/12 | Order approving settlement | 2 pp | $.30 |

|                          |          |
|--------------------------|----------|
| **Total Clincy Copies:** | **$104.25** |

**C**     **Geter Proceeding**

| Date | Description | Pages | Amount |
|---|---|---|---|
| 5/22/14 | Complaint | 21pp | $3.15 |
| 6/13/14 | Answer & Counterclaim | 17pp | $2.55 |
| 7/7/14 | Amended Counterclaim | 12pp | $1.80 |
| 10/24/14 | Order dismissing Galardi | 1p | $.15 |
| 10/27/14 | Motion to Certify | 16pp | $2.40 |
| 11/13/14 | Response to Mot to Certify | 7pp | $1.05 |
| 11/14/14 | Order on Motion to Certify | 2pp | $.30 |
| 11/25/14 | FLSA Notice to Class | 6pp | $.90 |
| 11/26/14 | Order re notice | 2pp | $.30 |
| 12/5/14 | Notice | 6pp | $.90 |
| 4/20/14 | Decertification Motion | 21pp | $3.15 |
| 5/5/15 | Exhibit List | 6pp | $.90 |
| 5/5/15 | Trial Stipulation | 17pp | $2.55 |
| 5/11/15 | FL Motion In Limine | 6pp | $.90 |
| 5/11/15 | PL Motion in Limine | 14pp | $2.10 |
| 5/19/15 | Order denying decert motion | 20pp | $3.00 |
| 7/6/15 | Joint Statement of the case | 5pp | $.75 |
| 7/24/15 | Settlement agreement | 11pp | $1.65 |

**Total Geter copies:**     **$28.50**

**TOTAL COPIES:**     **$3,487.50**

**TOTAL COSTS:**     **$11,155.46**



Mary Escobar <mescobar@gallup-law.com>

# Pay.gov Payment Confirmation: FLSD CM ECF
1 message

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>  Tue, Apr 8, 2014 at 11:28 AM
To: "mescobar@gallup-law.com" <mescobar@gallup-law.com>

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Tonya Armstrong at (305) 523-5057.

Application Name: FLSD CM ECF
Pay.gov Tracking ID: 25F6JBMH
Agency Tracking ID: 113C-6634284
Transaction Type: Sale
Transaction Date: Apr 8, 2014 11:28:46 AM

Account Holder Name: Harlan Miller
Transaction Amount: $400.00
Billing Address: 75 14 Street - 26 Floor
City: Atlanta
State/Province: GA
Zip/Postal Code: 31220
Country: USA
Card Type: Visa
Card Number: ************3111


THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



# INVOICE

**Paid**

## Statewide Process Service, Inc

Ed Ochoa
5727 NW 7TH STREET
SUITE 317
Miami, FL 33126
United States

Phone: 786-512-5440
Fax: 305-418-0784
statewideprocessservice@comcast.net
www.statewideprocessservice.com
TAX ID 61-1636277

Invoice #:  0790
Invoice Date:  Apr 8, 2014
Due date:  Apr 8, 2014

Amount due:
**$90.00**

### Bill To:

hm*****@millerlegalpc.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Broward County Rush Next Day<br>Fly Low, Inc., c/o Patricia Burnside, 2455 Hollywood Blvd., Suite 311, Hollywood, Fla., 33020. | 1 | $90.00 | $90.00 |
| | | Subtotal | $90.00 |
| | | Shipping | $0.00 |
| | | Total | $90.00 USD |

### Notes

For regular service *1st Attempt will be made within 72 to 96 hours after payment and documents are received for Rush Service within 48 hours and for same day within 4 hours. PREPAYMENT REQUIRED ON ALL JOBS.

### Terms and Conditions

Rate is based on a per address basis and includes up to 4 attempts at the address provided at different times of the day and on different dates, if additional attempts or an additional address is required to complete service there will be an additional charge.

NO REFUNDS ARE GIVEN FOR A NON SERVE.



# INVOICE

**Refunded**

**Statewide Process Service, Inc**

Ed Ochoa
5727 NW 7TH STREET
SUITE 317
Miami, FL 33126
United States

Phone: 786-512-5440
Fax: 305-418-0784
statewideprocessservice@comcast.net
www.statewideprocessservice.com
TAX ID 61-1636277

Invoice #: 2014000541
Invoice date: Jul 23, 2014
Due date: Jul 23, 2014

Amount due:
**$100.00**

**Bill To:**

hm*****@pcwlawfirm.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Service of Process Broward County<br>Terri Galardi 15820 SW 53rd Court; Southwest Ranches, Fla., 33331 | 1 | $100.00 | $100.00 |
| | | Subtotal | $100.00 |
| | | Shipping | $0.00 |
| | | Total | $100.00 USD |
| | | Amount paid | -$0.00 |
| | | **Amount due** | **$100.00 USD** |

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO: 00000286

**MAKE CHECKS PAYABLE TO:**

Harlan S. Miller, Esq.
Parks, Chesin & Walbert, P.C.
75 Fourteenth Street
26th Floor
Atlanta, GA 30309

Phone:  (404) 873-8000

OUSCR, Inc. FIN: 45-3336817
c/o  Diane Miller, FOCR
U.S. District Court - Room 8S28
400 North Miami Avenue
Miami, FL 33128

Phone:    (305) 523-5152
FAX        (305) 523-5639

Diane_Miller@flsd.uscourts.gov

☐ CRIMINAL      ☒ CIVIL

DATE ORDERED: 06-20-2014
DATE DELIVERED: 07-11-2014

**Case Style:** 14-21244-CIVIL, Espinoza v Galardi
6/12/14 Evidentiary Motion

5.22 pp divided by 2 = 2.61 pp

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 171 | 2.61 | 446.31 | | | | | | | 446.31 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 446.31 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $446.31 |

ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE
07-11-2014

*(All previous editions of this form are
cancelled and should be destroyed)*

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 14686 | 12/15/2014 | 18303 |
| **Job Date** | **Case No.** | |
| 10/24/2014 | 1:14-CV-21244-GOODMAN | |
| **Case Name** | | |
| JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. | | |
| **Payment Terms** | | |
| Net 30 | | |

Harlan S. Miller, Esq.
Parks, Chesin & Walbert, P.C.
75 14th Street
26th Floor
Atlanta, GA  30309

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Tiffany Thompson | 188.00 pages | @ | 3.45 | 648.60 |
| Condensed Transcript & Word Index | | | 15.00 | 15.00 |
| e-transcript/pdf Package | | | 35.00 | 35.00 |
| Shipping & Handling | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$713.60** |

Thank you for choosing Empire Reporting.  Please note our NEW address.

The party identified above is the contracting party unless agreed to in writing prior to the rendering of services.  The party and/or firm is entirely responsible for the complete payment of fees incurred as described above (except services ordered by other parties' counsel). Payment is expected to be remitted within 30 days unless agreed otherwise.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $713.60 |

**Tax ID:** 27-0245088                                                                                                                                    Phone: 404 873 8000    Fax:

*Please detach bottom portion and return with payment.*

Harlan S. Miller, Esq.
Parks, Chesin & Walbert, P.C.
75 14th Street
26th Floor
Atlanta, GA  30309

| | | |
|---|---|---|
| Invoice No. | : | 14686 |
| Invoice Date | : | 12/15/2014 |
| **Total Due** | : | **$713.60** |

| | | |
|---|---|---|
| Job No. | : | 18303 |
| BU ID | : | S. Florida |
| Case No. | : | 1:14-CV-21244-GOODMAN |
| Case Name | : | JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. |

Remit To:   **Empire Legal Reporting**
            **110 SE 6th Street, Suite 1700**
            **Fort Lauderdale, FL  33301**

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Harlan S Miller
Parks Chesin & Walbert PC
75 Fourteenth Street
26th Floor
Altanta, GA 30309

**Invoice #:** STL236043
**Invoice Date:** 03/31/2015
**Balance Due:** $1,131.35

**Case #:** 114CV21896CMA

**Case:** Vernitta Geter et al v. Galardi South Enterprises Inc
**Job #:** 178424  |  **Job Date:** 3/24/2015  |  **Delivery:** Normal
**Billing Atty:** Harlan S Miller
**Location:** Schulten Ward & Turner LLP
260 Peachtree Street | Suite 2700 | Atlanta, GA 30303

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Dennis Williams | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Dennis Williams | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Dennis Williams | Exhibit - B/W | Per page | 34.00 | $0.40 | $13.60 |
| 4 | Dennis Williams | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Dennis Williams | Transcript - Original & 1 copy | Page | 189.00 | $4.75 | $897.75 |
| 6 | Dennis Williams | Attendance Fee (appearance) | 1 | 1.00 | $200.00 | $200.00 |

**Notes:** Deposition held in Atlanta, GA
cm

**Invoice Total:** $1,131.35
**Payment:**
**Credits:**
**Balance Due:** $1,131.35

Fed. Tax ID: 20-3132569

Term: Due Upon Receipt

TERMS:  Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 154 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to:  **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                Exp. Date
**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**

**DAYTIME PHONE**

**Invoice #:** STL236043
**Job #:** 178424
**Invoice Date:** 03/31/2015

**Balance:** $1,131.35

Please remit payment to:
**National Depo**
**P. O. Box 505247**
**St. Louis, MO 63150-5247**

Page 1 of 1

# Midwest Litigation Services

An Affiliate of National Depo
711 North 11th Street
St. Louis, MO 63101
Telephone: 314-644-2191  Fax: 314-644-1334

**Bill To:** Harlan S Miller
Parks Chesin & Walbert PC
75 Fourteenth Street
26th Floor
Altanta, GA 30309

**Invoice #:** STL237015
**Invoice Date:** 04/14/2015
**Balance Due:** $1,588.80

**Case #:** 114CV21896CMA

**Case:** Vernitta Geter et al v. Galardi South Enterprises Inc
**Job #:** 178427  |  **Job Date:** 3/25/2015  |  **Delivery:** Normal
**Billing Atty:** Harlan S Miller
**Location:** Schulten Ward & Turner LLP
260 Peachtree Street | Suite 2700 | Atlanta, GA 30303

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Teri Galardi | Shipping & handling | Package | 1.00 | $10.00 | $10.00 |
| 2 | Teri Galardi | Transcript and/or Exhibit Archive | 1 | 1.00 | $7.50 | $7.50 |
| 3 | Teri Galardi | Exhibit - B/W | Per page | 37.00 | $0.40 | $14.80 |
| 4 | Teri Galardi | Jurat prep | 1 | 1.00 | $2.50 | $2.50 |
| 5 | Teri Galardi | Transcript - Original & 1 copy | Page | 264.00 | $4.75 | $1,254.00 |
| 6 | Teri Galardi | Attendance - Hourly | Hour | 6.00 | $50.00 | $300.00 |

**Notes:** Deposition held in Atlanta, GA
cm

**Invoice Total:** $1,588.80
**Payment:**
**Credits:**
**Balance Due:** $1,588.80

Fed. Tax ID: 20-3132569

Term: Due Upon Receipt

TERMS:   Payable upon receipt.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

**THIS INVOICE IS 140 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #                                Exp. Date
**SIGNATURE (AS IT APPEARS ON CREDIT CARD)**

**PRINT NAME (AS IT APPEARS ON CREDIT CARD)**
**DAYTIME PHONE**

**Invoice #:** STL237015
**Job #:** 178427
**Invoice Date:** 04/14/2015

**Balance:** $1,588.80

**Please remit payment to:**
**National Depo**
**P. O. Box 505247**
**St. Louis, MO 63150-5247**

Page 1 of 1

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27837 | 6/14/2018 | 21258 |
| **Job Date** | **Case No.** | |
| 6/8/2015 | 1:14-CV-21244-GOODMAN | |
| **Case Name** | | |
| JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. | | |
| **Payment Terms** | | |
| Net 30 | | |

Harlan S. Miller, Esq.
Miller Legal, PC
,

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Shanice Bain | 116.00 pages | @ | 3.45 | 400.20 |
| Electronic Support Package | | | 35.00 | 35.00 |
| | **TOTAL DUE   >>>** | | | **$435.20** |

The party identified above is the contracting party and is entirely responsible for payment and any collection fees incurred unless agreed to
in writing prior to the rendering of services. Unpaid invoices will accrue 1.5% per month after the due date. Any rights regarding
allocations, refunds or adjustments after 60 days from invoice date shall be waived by payer.

**Tax ID:** 27-0245088                                                                                                                                             Phone:          Fax:

*Please detach bottom portion and return with payment.*

Harlan S. Miller, Esq.
Miller Legal, PC
,

| | | |
|---|---|---|
| Invoice No. | : | 27837 |
| Invoice Date | : | 6/14/2018 |
| **Total Due** | : | **$435.20** |

| | | |
|---|---|---|
| Remit To: | **Empire Legal Reporting** | |
| | **110 SE 6th Street, Suite 1700** | |
| | **Fort Lauderdale, FL  33301** | |

| | | |
|---|---|---|
| Job No. | : | 21258 |
| BU ID | : | Reporting |
| Case No. | : | 1:14-CV-21244-GOODMAN |
| Case Name | : | JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. |

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27810 | 6/13/2018 | 21259 |
| Job Date | Case No. | |
| 6/9/2015 | 1:14-CV-21244-GOODMAN | |
| Case Name | | |
| JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. | | |
| Payment Terms | | |
| Net 30 | | |

Harlan S. Miller, Esq.
Miller Legal, PC
,

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Seleta Stanton | 76.00  pages | @ | 3.45 | 262.20 |
| | **TOTAL DUE  >>>** | | | **$262.20** |

The party identified above is the contracting party and is entirely responsible for payment and any collection fees incurred unless agreed to
in writing prior to the rendering of services. Unpaid invoices will accrue 1.5% per month after the due date. Any rights regarding
allocations, refunds or adjustments after 60 days from invoice date shall be waived by payer.

**Tax ID:** 27-0245088                                                                                                         Phone:          Fax:

*Please detach bottom portion and return with payment.*

Harlan S. Miller, Esq.
Miller Legal, PC
,

Invoice No.    :  27810
Invoice Date   :  6/13/2018
**Total Due**      :  **$262.20**

Remit To:  **Empire Legal Reporting**
                **110 SE 6th Street, Suite 1700**
                **Fort Lauderdale, FL  33301**

Job No.      :  21259
BU ID        :  Reporting
Case No.     :  1:14-CV-21244-GOODMAN
Case Name  :  JASZMANN ESPINOZA v. GALARDI SOUTH
                      HEALTH ENTERPRISES, INC.

# I N V O I C E



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27811 | 6/13/2018 | 21260 |
| **Job Date** | **Case No.** | |
| 6/10/2015 | 1:14-CV-21244-GOODMAN | |
| **Case Name** | | |
| JASZMANN ESPINOZA  v.  GALARDI SOUTH HEALTH ENTERPRISES, INC. | | |
| **Payment Terms** | | |
| Net 30 | | |

Harlan S. Miller, Esq.
Miller Legal, PC

,

---

1 CERTIFIED COPY OF TRANSCRIPT OF:

    Ronika Jones             98.00   pages   @   3.45   338.10

    Electronic Support Package                   35.00    35.00

                        **TOTAL DUE  >>>**      $373.10

The party identified above is the contracting party and is entirely responsible for payment and any collection fees incurred unless agreed to
in writing prior to the rendering of services. Unpaid invoices will accrue 1.5% per month after the due date. Any rights regarding
allocations, refunds or adjustments after 60 days from invoice date shall be waived by payer.

---

**Tax ID:** 27-0245088                                                   Phone:     Fax:

*Please detach bottom portion and return with payment.*

Harlan S. Miller, Esq.
Miller Legal, PC

,

Invoice No.    :   27811
Invoice Date    :   6/13/2018
**Total Due**    :   **$373.10**

Job No.    :   21260
BU ID    :   Reporting
Case No.    :   1:14-CV-21244-GOODMAN
Case Name    :   JASZMANN ESPINOZA  v.  GALARDI SOUTH
            HEALTH ENTERPRISES, INC.

Remit To:   **Empire Legal Reporting**
       **110 SE 6th Street, Suite 1700**
       **Fort Lauderdale, FL  33301**



**Digital Depo Services**
A Division of Verbatim Support Services
12 SE 7th Street. #702
Fort Lauderdale, FL 33301
Ph: 954-767-6339  Fx: 954-767-6334
E-Mail: Accounting@dds-fl.com

# Invoice

**Bill To:**
Parks, Chesin & Walbert, P.C
Attn: Harlan S Miller, ESQ
75 Fourteenth Street
Ste 2600
Atlanta, GA 30309

| | |
|---|---|
| Invoice #: | 7900 |
| Invoice Date: | 11/6/2014 |
| Due Date: | Due on receipt |
| Job Number: | 14812/14813/14... |

Fed. ID # 45-1800693

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| 10/21/14 - T. Deposition AM Session | 1 | 80.00 | 80.00 |
| 10/21/14 - T. Deposition PM Session | 1 | 80.00 | 80.00 |
| 10/22/14 - T. Deposition AM Session | 1 | 80.00 | 80.00 |
| 10/22/14 - T. Deposition PM Session | 1 | 80.00 | 80.00 |
| John Ennis - Transcript Fee (O+1) | 94 | 3.70 | 347.80 |
| Robert Hilton - Transcript Fee (O+1) | 50 | 3.70 | 185.00 |
| Akinyele Adams - 10/22/14 - Transcript Fee (O+1) | 181 | 3.70 | 669.70 |
| Processing/Archival/Delivery - Standard | 1 | 30.00 | 30.00 |
| Job No. 14812 / 14813 / 14814 | | | |
| Job Date 10/21/2014 & 10/22/2014 | | | |
| Witness John S. Ennis/ Robert Hilton/ Akinyele Adams | | | |
| Case Name Jaszmann Espinoza; Seleta Stanton v. Galardi South Enterprises, Inc. | | | |
| Case No. 1:14-CV-21244-GOODMAN | | | |

**Thank you for your Business**

| | |
|---|---|
| **Total** | **$1,552.50** |
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$1,552.50** |

Payment is not contingent upon any third-party reimbursement. Payments after 60 days shall bear an interest rate of 1.5% monthly. Aboved named addressee agrees to pay all costs of collection, including court cost and attorney's fees. The venue for disputes shall be filed in Broward County where payment is due.

# I N V O I C E



110 SE 6th Street, Suite 1700, Fort Lauderdale, FL 33301
Phone: 954-241-1010   Fax: 954-241-1011

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 27809 | 6/13/2018 | 23351 |
| **Job Date** | **Case No.** | |
| 11/18/2015 | 1:14-CV-21244-GOODMAN | |
| **Case Name** | | |
| JASZMANN ESPINOZA v. GALARDI SOUTH HEALTH ENTERPRISES, INC. | | |
| **Payment Terms** | | |
| Net 30 | | |

Harlan S. Miller, Esq.
Miller Legal, PC
,

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Stevontrae McDowell | 84.00 pages | @ | 3.45 | 289.80 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Jaszmann Espinosa | 86.00 pages | @ | 3.45 | 296.70 |
| | | **TOTAL DUE >>>** | | **$586.50** |

The party identified above is the contracting party and is entirely responsible for payment and any collection fees incurred unless agreed to
in writing prior to the rendering of services. Unpaid invoices will accrue 1.5% per month after the due date. Any rights regarding
allocations, refunds or adjustments after 60 days from invoice date shall be waived by payer.

**Tax ID:** 27-0245088                                                                                                   Phone:            Fax:

*Please detach bottom portion and return with payment.*

Harlan S. Miller, Esq.
Miller Legal, PC
,

Invoice No.     :   27809
Invoice Date    :   6/13/2018
**Total Due**   :   **$586.50**

Remit To:   **Empire Legal Reporting**
            **110 SE 6th Street, Suite 1700**
            **Fort Lauderdale, FL  33301**

Job No.      :   23351
BU ID        :   Reporting
Case No.     :   1:14-CV-21244-GOODMAN
Case Name    :   JASZMANN ESPINOZA v. GALARDI SOUTH
                 HEALTH ENTERPRISES, INC.

# Trial**COPY**

# Invoice

101 S.E. 1st Street  Miami, Florida 33131

Phone #(305) 577 5567 Fax # (305) 577 5305

**WWW.TRIALCOPY.COM**

Tax Id: 03-0380835 OFFICE STONE INC. dba TRIALCOPY

| Project Date | Invoice # |
|---|---|
| 6/6/2018 | 18308 |

PAID 06/11/2018

| Bill To | Ship To |
|---|---|
| attn: Harlan Miller<br>Benny | |

| REFERENCE NAME OR # | KOD |
|---|---|

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 560 | Letter & Legal B/W Copies | 0.10 | 56.00T |
| 1,108 | Color Copies Letter or Legal | 0.59 | 653.72T |
| 168 | Custom Tabs | 0.45 | 75.60T |
| 4 | Binder 4" | 24.95 | 99.80T |
| 860 | Letter & Legal B/W Copies | 0.10 | 86.00T |
| | attn: Harlan Miller | | |
| | Sales Tax | 7.00% | 67.98 |

We appreciate the opportunity to serve you. We are the Legal COPY Experts.

**Total**  $1,039.10

TERMS: DUE UPON RECEIPT. PAST DUE AFTER 30 DAYS. PLEASE PAY FROM THIS INVOICE. NO INVOICE WILL BE SENT. Payment for order is not assignable or transferable by the above-referenced client, in whole or in part , except by consent of Trial Copy. In the event that this obligation is turned over to an attorney to enforce collection, the purchaser agrees to pay all reasonable fees, interest of 3 % per month and cost of collections.
PLEASE REMIT TO: TRIAL COPY