# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

**TO THE MARSHAL OF:** Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

Teri G. Galardi

you cause to be made and levied as well a certain debt of: $1,786,472.70

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| One Million Seven Hundred Eight Six Thousand Four Hundred Seventy Two Dollars | and Seventy Cents |

in the United States District Court for the **Southern** District of **Florida** before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Teri G. Galardi
case # 1:14-cv-21244-JG [Doc 365]

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | 15820 Southwest 53rd Court | DISTRICT | Ft. Lauderdale |
|---|---|---|---|
| CITY | Southwest Ranches | DATE | |

Witness the Honorable _____

*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| MAY 0 1 2019 | Angela E. Noble |
| | (BY) DEPUTY CLERK  *Mary Etienne* |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |