UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:14-CV-21244-GOODMAN

**JASZMANN ESPINOZA, et al.,**

    **Plaintiffs,**

v.                                               **CONSENT CASE**

**GALARDI SOUTH ENTERPRISES,
INC., et al.,**

    **Defendants.**

### NOTICE OF APPEARANCE ON BEHALF
### OF PLAINTIFF HAWTHORNE CAPITAL, LLP.

Please take notice that Ms. Astrid Gabbe hereby enters her appearance as counsel for Plaintiff Hawthorne Capital, LLP. as the successor in interest and assignee of that certain judgment entered by this Court in favor of Ms. Stevontrae McDowell on September 20, 2018 [Doc 365]. Please serve a copy of all notices, correspondence or orders on Ms. Gabbe, who is admitted to practice in this Court through the court's efile system.

Dated this 3rd day of May, 2019.

                                                      Respectfully submitted,

                                                      */s/ Astrid Gabbe*

                                                      The Law Office of Astrid E. Gabbe, P.A.
                                                      P.O. Box 4216
                                                      Hollywood, FL, 33083
                                                      954-303-9882
                                                      Florida Bar No. 635383
                                                      astridgabbe@aol.com

-2-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 3, 2019, I caused to be electronically filed the foregoing **NOTICE OF APPEARANCE ON BEHALF OF HAWTHORNE CAPITAL, LLP.** with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

                                               */s/ Astrid Gabbe*
                                               Astrid Gabbe
                                               Attorney for Plaintiff Hawthorne Capital, LLP.