IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JASZMANN ESPINOZA, et al.,     \*
and all persons similarly situated    \*
     \*
     \*    CIVIL ACTION FILE
    Plaintiffs,    \*    NO. 1:14-cv-21244-GOODMAN
     \*
v.    \*    CONSENT CASE
     \*
     \*
GALARDI SOUTH ENTERPRISES,    \*
Inc., et al.    \*
     \*
    Defendants.    \*

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF SUPPLEMENTAL BILL
OF COSTS TO BE TAXED AGAINST DEFENDANT GALARDI**

On September 20, 2018, this Court entered final judgment in favor of the Plaintiffs, awarding

a total of $1,786,472.70 jointly and severally against Defendants Teri Galardi and Fly Low, Inc.

[ECF 365] On May 7, 2019, the Eleventh Circuit Court of Appeals affirmed the judgment, and

granted Plaintiffs' motion for Rule 38 frivolous appeal attorney's fees and double costs.  Pursuant

to 28 U.S.C. §1920 and Local Rule 7.3( c), Plaintiffs  hereby submit their Memorandum of Law in

support of their Supplemental  Bill of Costs to reflect the costs incurred on appeal, doubled, as

ordered by that Court.

**II**    **Argument And Citations Of Authority**

As the Eleventh Circuit has previously noted, "We have....awarded sanctions under Rule 38,

in the form of reasonable attorney's fees and double costs, when a party ignored the governing law

and relied on 'clearly frivolous' arguments." <u>Jackson v. Bank of America</u>, 898 F.3d 1348 (11th Cir.

2018).

The costs incurred on appeal for which Plaintiffs seek reimbursement are: a) the cost of acquiring the trial transcript ($143.30 x 2 = $286.60); and b) the costs of providing the Court of Appeals with seven copies of Appellees' Brief ($141.46 x 2 = 282.92). Total: $569.52. Pursuant' the May 7, 2019 Court of Appeals opinion, appellate costs should be taxed against Galardi in that amount.

## III   <u>Conclusion</u>

For the foregoing reasons, it is respectfully requested that the Court tax costs against Defendant Galardi in the amount of $569.52 (in addition to the $11,155.46 sought in Plaintiffs' initial bill of costs.

Respectfully submitted this 13th day of May, 2019.

<u>/s/ Harlan S. Miller</u>
Harlan S. Miller
Georgia Bar No. 506709

Miller Legal, P.C.
6868 Leslie Lane
Macon, Ga., 31220
ph: 404-931-6490
hmiller@millerlegalpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing Motion via the Court's CM-ECF system, which will automatically serve all counsel of record.

Respectfully submitted this 15th day of October, 2018.

<u>/s/ Harlan S. Miller</u>
Harlan S. Miller
Georgia Bar No. 506709