IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JASZMANN ESPINOZA, et al., and all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GALARDI SOUTH ENTERPRISES, Inc., et al.<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:14-cv-21244-GOODMAN<br><br>CONSENT CASE |

**PLAINTIFFS' VERIFIED *SECOND SUPPLEMENTAL* MOTION FOR <u>AWARD OF ATTORNEYS FEES</u> AGAINST DEFENDANT TERI GALARDI**

NOW COME the prevailing Plaintiffs, and pursuant to 29 U.S.C. §216(b), Fed. R. Civ. P. 54, Local Rule 7.3 of this Court, and the May 7, 2019 Order of the Eleventh Circuit Court of Appeals (affirming this Court's September 20, 2019 "Final Money Judgment", and granting Plaintiffs' motion for Rule 38 attorneys fees and double costs), hereby submit their *Second Supplemental* motion for attorney's fees for legal services performed in the appeal. This motion is supported by the Declaration of Harlan S. Miller, and attachments thereto submitted herewith.

Plaintiffs show the Court the following:

1) This motion is filed within sixty (60) days of the Eleventh Circuit's May 7, 2019 Judgment and June 5, 2019 issuance of Mandate;

2) The initial judgment which gives rise to the motion, entitled "Final Money Judgment" was entered on September 20, 2018 [ECF 365];

-1-

3)     The total amount presently sought herein is $41,250 (which in addition to the $594,127.50 sought in Plaintiffs' initial fee motion, and the $173,300 sought in Plaintiffs First Supplemental Motion for fees);

4)     The applicable fee agreement is a contingency fee agreement, according to which the attorneys are entitled to receive the greater of: (a) the amount of "Lodestar" hourly fees awarded by the Court; or (b) 30% of the total of the total damages awarded by the jury and the total fees awarded in the case by the Jury and the Court.

5)     A)     The identity of the sole Time Keeper for whom fees are sought is: Harlan S. Miller [his experience and qualifications are set forth in the detail in his Declaration filed on November 15, 2018 (ECF 384-1)]. Miller's Supplemental Declaration Under Penalty of Perjury is submitted herewith

       B)     The number of hours reasonably expended by the lone timekeeper, Harlan S. Miller:   82.5;

       C)     The tasks performed during the hours reasonably expended by Miller during the applicable time period are set forth in detail in the Miller Legal, P.C. invoice for legal services on appeal submitted herewith (Exhibit "1" to Supplemental Miller Declaration);

       D)     The hourly rate claimed is $500.00, which is a reasonable rate for an attorney of Miller's experience, reputation, and accomplishments.

6)     Costs/expenses not taxable under 28 U.S.C. §1920: $0 (Screen v. Clean Image, 2012 WL 3001525 (S.D. Fla. 2012) (FLSA Plaintiffs may not recover costs not taxable under 28 U.S.C. §1920) citing, Glenn v. General Motors Corp., 841 F.2d 1567, 1575 (11th Cir.1988). See

also, Mock v. Bell Helicopter, 465 Fed.Appx. 799 (11th Cir. 2012)(same).

### Rule 7.3(b) Conferral Certification

I hereby certify that on May 21, 2019, I conferred with opposing Counsel concerning the substance of this motion to ascertain whether he consents to relief requested herein. Ms. Fuchs does NOT consent. But, as a consequence of the conferral, a total of 5.5 hours were subtracted from the total number of hours for which compensation is sought.

**Pursuant to 28 U.S.C. §1746,  I  declare under penalty of perjury that the foregoing is true  and accurate.**

Executed on July 1, 2019.

>  */s/ Harlan S. Miller*
> Harlan S. Miller
> Georgia Bar No. 506709

Miller Legal, P.C.
6868 Leslie Lane
Macon, Ga., 31220
ph: 404-931-6490
hmiller@millerlegalpc.com

### CERTIFICATE OF SERVICE

I hereby certify that I have this day filed   the within and foregoing SUPPLEMENTAL VERIFIED MOTION FOR ATTORNEY'S FEES via the Court's CM/ECF system, which will automatically deliver a copy to all counsel of Record.
Respectfully submitted this 1st day of July, 2019.

> */s/ Harlan S. Miller*
> Harlan S. Miller
> Georgia Bar No. 506709