UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
1:14-CV-21244-GOODMAN

JASZMANN ESPINOZA, et al.,

    Plaintiffs,

v.        CONSENT CASE

GALARDI SOUTH ENTERPRISES,
INC., et al.,

    Defendants.

## PLAINTIFF'S NOTICE OF LEVY ON REAL PROPERTY

Please take notice that on or about July 25, 2019 the Sheriff of Butts County, Georgia seized and levied on the following real property owned by Defendant Galardi so that it may be sold at public auction on September 3, 2019 to satisfy the unpaid judgment rendered in this case that has since been domesticated in Georgia, as assigned to Hawthorne Capital, LLP.:

> All that tract or parcel of land lying, situate and being part of approximately 45 acres lying situate in Butts County, described and depicted as parcel # 50 of map # 0051 in the tax assessor's office for Butts County, Georgia. Parcel ID# 00510-050-000
>
> Property commonly known as 2146 Highway 42 S, Flovilla, Georgia 30216.
>
> A copy of the advertisement for sheriff's sale is attached as Exhibit "A". [1]

---

[1] https://www.jacksonprogress-argus.com/classifieds/community/announcements/legal/sheriff/sheriff-s-sale/ad_eb43e29a-3bf9-5970-9118-42a1aee3f47d.html

Dated this 12th day of August, 2019.

                                                    Respectfully submitted,

                                                    */s/ Astrid Gabbe*
                                                    Astrid E. Gabbe
                                                  The Law Office of Astrid E. Gabbe, P.A.
                                                  Florida Bar No. 635383
                                                  P.O. Box 4216
                                                  Hollywood, FL 33083
                                                  Tel. (954) 303-9882
                                                  Fax. (954) 983-1427
                                                  astridgabbe@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 12, 2019, I caused to be electronically filed the foregoing **PLAINTIFF'S NOTICE OF LEVY ON REAL PROPERTY** with the Clerk of Court using the CM/ECF System, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Astrid Gabbe*
Astrid Gabbe
Attorney for Plaintiff Hawthorne Capital, LLP.