IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| JASZMANN ESPINOZA, et al., and all persons similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>GALARDI SOUTH ENTERPRISES, Inc., et al.<br><br>Defendants. | CIVIL ACTION FILE<br>NO. 1:14-cv-21244-GOODMAN<br><br>CONSENT CASE |

**JOINT NOTICE RESPONSIVE TO ORDER DATED
AUGUST 28, 2019 [ECF 439]**

NOW COME the parties, and pursuant to the Order dated August 28, 2019, hereby provide Notice that:

**FOR THE PLAINTIFFS**:

a) Defendant Galardi has <u>not</u> unconditionally "agreed to pay the judgment";

b) Galardi has represented that there are presently two separate pending (but conditional) sales of real estate and associated operating companies, either one of which, if consummated, would likely provide sufficient funds for Galardi to pay the 9/20/18 Final Money judgment ($1,786,842), which does not include a) the Bill of Costs filed on October 16, 2018 [ECF 373] ($11,155); b) the Bill of Costs filed on May 13, 2019 [ECF 423-1] ($569.52); c) post judgment interest in the amount of $42,809, as of the date of this filing; and d) the amounts sought in connection with the pending motion to confirm arbitration [ECF 414]

**FOR DEFENDANT TERI GALARDI**:

a) Although there exists no written settlement agreement at this point, Teri Galardi, through counsel, has informed Plaintiffs' counsel that she intends to fully satisfy the Final Money Judgment in this civil action (along with attorney's fees, interest and costs) and the related AAA arbitration award once she sells certain real estate assets and has the requisite net sales proceeds resulting therefrom.

1

b) Teri Galardi is presently scheduled to close on the sale of two parcels of real property in mid-September, 2019. The sale of these parcels is expected to yield net sales revenue which is more than sufficient to fully satisfy the Final Money Judgment, plus interest, costs, attorney's fees and the related AAA arbitration award. This information has been shared with Plaintiffs' counsel. As part of this ongoing settlement process, the parties are negotiating and attempting to resolve Plaintiff's various fee petitions which, if successful, would relieve the Court of having to rule on them. Accordingly, Defendant sees little reason for the Court to expend efforts deciding the outstanding motions filed by Plaintiffs, since from Defendant's perspective, the matter should be resolved in September 2019. Indeed, a ruling by the Court on some of Plaintiffs' motions (including Plaintiffs' Motion for Order Requiring Defendant Galardi to Turn Over Corporate Stock [432]) could unreasonably interfere with the scheduled real estate closings described above.

Respectfully submitted this 30th day of August, 2019.

/s/ Harlan S. Miller
Harlan S. Miller
Georgia Bar No. 506709
Miller Legal, P.C.
6868 Leslie Lane
Macon, Ga., 31220
ph: 404-931-6490
hmiller@millerlegalpc.com

/s/ Dean R. Fuchs
Dean R. Fuchs
Florida Bar No. 38997
Schulten, Ward, Turner & Weiss LLP
260 Peachtree St. N.W.
Atlanta, Ga. 30303
ph: 404-688-6800
d.fuchs@swtwlaw.com