IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-21244-CV-GOODMAN

JASZMAN ESPINOZA, et. al.              )
                                       )
                                       )
           Plaintiffs,                 )
                                       )
v.                                     )
                                       )
FLYLOW, INC. and,                      )
TERI GALARDI,                          )
                                       )
           Defendants                  )

## SATISFACTION OF JUDGMENT AND CLAIMS[1]

COMES NOW, Plaintiffs and Hawthorne Capital, LLP and execute and deliver this satisfaction and release of Final Money Judgment entered in this case on September 28, 2018 [Doc. No. 365], Writ of Execution entered in this case on May 1, 2019 [Doc. No. 415] together with any other claims for costs, interest, attorneys' fees or other relief asserted or sought by them in this action including, but not limited to:

- Plaintiffs' Bill of Costs [Doc No. 373]

---

[1] This satisfaction pertains only to the claims in this case and not to state law claims being asserted by any of the Plaintiffs in the case of *Bain, et. al. v. Galardi*, Case No. 2015-029725-CA-01 pending in the Circuit Court of Dade County, Florida.

- Plaintiffs' Petition for Attorney's Fees  [Doc. No. 384]

- Plaintiffs' Motion for Charging Order  [Doc. No. 405]

- Plaintiffs' Motion for Issuance of Writ of Execution  [Doc. No. 411]

- Plaintiffs' Motion to Confirm Arbitration Award & Post-Award Interest [Doc. No. 414]

- Plaintiffs' Supplemental Bill of Costs [Doc. N. 423-1]

- Plaintiffs' Supplemental Fee Petition [Doc. No. 424]

- Plaintiffs' Motion for Leave to Commence Proceedings Supplementary [Doc. No. 425]

- Plaintiffs' Second Supplemental Fee Petition  [Doc. No. 431

- Plaintiffs' Motion for Order Requiring Teri Galardi to Turn Over Corporate Stock and for other relief [Doc. No.. 432]

- Hawthorne Capital's Notice of Levy on Real Property  [Doc. No. 436]

This the 26th day of September, 2019.

*Harlan S. Miller* (by Dean R Fuchs w/express permission)
Harlan Miller
Georgia Bar. No. 506709
*Attorney for Plaintiffs*

MILLER LEGAL, PC
6868 Leslie Lane
Macon, Georgia 31220
Telephone:  (404) 931-6490
Email:       hmiller@millerlegalpc.com

2

*Astrid Gabbe (by Dean R. Fuchs w/ express permission)*

Astrid Gabbe
Florida Bar. No. 635383
*Attorney for Hawthorne Capital, LLP*

The Law Office of Astrid Gabbe, P.A.
Box 4216
Hollywood, Florida 33083
Telephone:  (954) 9882
Email:       astridgabbe@aol.com

K:\9983\1\PLEADINGS\Satisfaction of Judgment.docx

3